UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------X

MARIA ZIPPO,                                            Civil Docket No.: 7:21-cv-6990

                                    Plaintiff,

            - against -                                 **DEFENDANTS, ERVIN PASHO**
                                                        **AND BOZZUTO'S INC.'S**
ERVIN PASHO and BOZZUTO'S, INC.,                        **MOTION FOR CONTEMPT**

                                    Defendants.

----------------------------------------------------------X

    **PLEASE TAKE NOTICE**, that upon all the papers filed and proceedings had herein,

defendants, Ervin Pasho and Bozzuto's, Inc., will move this Court for contempt for failure to comply

with a subpoena pursuant to Federal Rule Civil Procedure 45, before Honorable Vincent L. Briccetti,

United States Judge for the Southern District of New York, at the United States Courthouse, 300

Quarropas Street, White Plains, New York 10601, in Courtroom 620, at a date and time to be

determined by the Court, or as soon thereafter as counsel may be heard, for an Order directing said

providers to comply with the outstanding subpoenas served upon them or, in the alternative, holding

the various providers, as so outlined in the Affirmation of Jennifer M. Roberts, Esq., in contempt for

failure to comply with a subpoena, and for such other and further relief as this Court may deem just

and proper herein.

Dated:  Melville, New York
         May 26, 2022                           Respectfully submitted,

                                                **MARSHALL DENNEHEY WARNER**
                                                **COLEMAN & GOGGIN**

                        BY:     *s/Jennifer M. Roberts*
                                                Jennifer M. Roberts, Esq. (JMR 0289)
                                                175 Pinelawn Road – Suite 250
                                                Melville, NY 11747
                                                (631) 232-6130
                                                Email: jmroberts@mdwcg.com
                                                *Attorneys for Defendants*
                                                ***Ervin Pasho and Bozzuto's, Inc.,***

TO:    **RONAI & RONAI, L.L.P.**
        *Attorneys for Plaintiff*
        The Ronai Building
        34 Adee Street
        Port Chester, New York 10573
        (914) 824-4777

        ***Non Parties***:

        Northwell Health
        Billing Department
        362 North Broadway – 1st Floor
        Sleepy Hollow, New York 10591

        Adirondack Insurance Exchange
        P.O. Box 1623
        Winston-Salem, North Carolina 27102

        J&S Kidswear Inc.
        343 S. Oyster Bay Road
        Plainview, New York 11803