```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 6/17/22
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
MARIA ZIPPO,
        Plaintiff,

V.

ERVIN PASHO and BOZZUTO'S INC.,
        Defendants.
--------------------------------------------------------------x

**AMENDED ORDER TO COMPEL COMPLIANCE WITH SUBPOENA**

21 CV 6990 (VB)

    For substantially the reasons set forth in defense counsel's affirmation in support of defendants' motion, dated May 26, 2022 (Doc. #30), defendants' application to compel non-parties Northwell Health and J&S Kidswear, Inc. ("J&S Kidswear"), to comply with the subpoenas served upon them on February 18, 2022, and February 25, 2022, respectively, is GRANTED. (Doc. #29).

    Specifically, the Court is satisfied that defendants properly served the subpoenas on Northwell Health and J&S Kidswear, but that neither Northwell Health nor J&S Kidswear has responded. Accordingly, Northwell Health and J&S Kidswear have failed to comply with the subpoenas. Fed. R. Civ. P. 37(a).

    Defendants also moved to compel the compliance of non-party Adirondack Insurance Exchange, but have since informed the Court that Adirondack Insurance Exchange has now provided the requested records. (Doc. #33).

    **Accordingly, it is HEREBY ORDERED that Northwell Health and J&S Kidswear are directed to comply with the subpoenas by no later than June 24, 2022.** Defendants' motion with respect to Adirondack Insurance Exchange is TERMINATED AS MOOT.

    By no later than June 21, 2022, defense counsel shall serve a copy of this Order on Northwell Health and J&S Kidswear, and file proof of service of same on the ECF docket.

    This Order supersedes and corrects errors in an earlier Order issued on June 17, 2022, which the parties shall disregard. (Doc. #37).

Dated: June 17, 2022
       White Plains, NY

SO ORDERED:

*[signature]*

Vincent L. Briccetti
United States District Judge