UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
MARIA ZIPPO,
               Plaintiff,

v.

ERVIN PASHO and BOZZUTO'S, INC.,
               Defendants.
--------------------------------------------------------------x

**ORDER OF DISMISSAL**

21 CV 6990 (VB)

7/5/23

        The Court has been advised that the parties have settled this case. (Doc. #54). Accordingly, it is hereby ORDERED that this action is dismissed without costs, and without prejudice to the right to restore the action to the Court's calendar, provided the application to restore the action is made by no later than August 4, 2023. To be clear, any application to restore the action must be filed by August 4, 2023, and any application to restore the action filed thereafter may be denied solely on the basis that it is untimely.

        All other deadlines and scheduled court appearances are cancelled, and any pending motions are moot.

        The Clerk is instructed to close this case.

Dated: July 5, 2023
       White Plains, NY

SO ORDERED:

*[signature]*

Vincent L. Briccetti
United States District Judge